**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK** **DATE**: 5/20/26
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:** **DOCKET#** 20-826

UNITED STATES OF AMERICA

vs.
Andrew McCubbins

**APPEARANCES:**

Matthew Specht, AUSA
Jeffrey Sloman, Esq. for Defendant
Jennifer Zingaropoli, Probation Officer
Defendant present

**Nature of Proceedings**: SENTENCING ON Counts One, Two, Three

Sentenced to a term of TIME SERVED on each of Counts One, Two, and Three.
Supervised Release – 2 years, this term consists of 2 years on each of Counts One, Two, and Three, all such terms to run concurrently.
Special conditions: 14 months home confinements with electronic monitoring, financial disclosure, new debt restrictions.
Restitution: $89,137,434.00 interest waive. Installments of no less than $4,000 per month commencing on 1/1/2027.
Special Assessment - $300.00
Fine: $120,000, $40,000 on each of Counts One, Two, and Three. Monthly payments in the amount of $4,000, to commence after the restitution obligation is satisfied.
Defendant advised of right to appeal.

**Time Commenced: 10:00**
**Time Adjourned: 12:00**
**Total Time: 2:00**

RoseMarie Olivieri
SENIOR COURTROOM DEPUTY