UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANDREW MCCUBBINS,
Defendant.

Crim. No. 2:20-cr-00826-MEF-1

**ORDER TEMPORARILY MODIFYING CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER having come before the Court on the letter motion of defendant Andrew McCubbins, by and through his counsel, Jeffrey H. Sloman, Esq., of Stumphauzer Kolaya Nadler & Sloman, PLLC, for a temporary modification of the location monitoring and home detention special condition of his supervised release and for permission to travel outside the district of supervision in order to be with his terminally ill mother and to attend her funeral [D.E. 29]; and the United States Probation Office having advised that it supports the request; and Assistant United States Attorney Aaron Webman, on behalf of the United States, having consented the request [D.E. 31]; and the defendant having waived a hearing pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A); and the Court having considered the applicable factors set forth in 18 U.S.C. § 3553(a); and for good cause shown,

IT IS on this 19th day of August, 2026,

**ORDERED** that the defendant's letter motion is **GRANTED**; and it is further

**ORDERED** that the location monitoring and home detention special condition set forth at page 3 of the Judgment entered June 2, 2026 [D.E. 27] is temporarily suspended for the period of authorized travel set forth below; and it is further

**ORDERED** that the defendant is granted permission to leave the judicial district in which he is supervised and to travel to and remain in the State of Alaska, departing as soon as

practicable and returning no later than five (5) days following the funeral of the defendant's mother or thirty (30) days from the date of this Order, whichever is sooner; and it is further

**ORDERED** that the defendant, through counsel, may seek a single, 30-day extension of the above deadline from with the Probation Officer, with the consent of the United States, but any additional extension shall be made to the Court with at least 7 days' notice; and it is further

**ORDERED** that the specific dates of departure and return, the mode of travel, the travel itinerary, the address at which the defendant will reside while in Alaska, and any location monitoring, check-in, or reporting requirements applicable during the period of travel shall be established and approved in advance by the U.S. Probation Office, in its discretion; and it is further

**ORDERED** that the defendant shall provide the U.S. Probation Office with a complete and detailed travel itinerary prior to departure, shall remain in contact with his supervising Probation Officer as directed during the period of travel, and shall notify his supervising Probation Officer immediately upon his return; and it is further

**ORDERED** that the defendant shall bear all costs associated with the authorized travel, including the cost of any location monitoring equipment or arrangements required by the U.S. Probation Office; and it is further

**ORDERED** that, upon the defendant's return, the location monitoring and home detention special condition shall resume in full force and effect, and the 14-month term of home detention shall be extended by the number of days of authorized travel; and it is further

**ORDERED** that all other terms and conditions of the defendant's supervised release shall remain in full force and effect.

s/ Michael E. Farbiarz
HON. MICHAEL E. FARBIARZ
United States District Judge